# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

25CR457 NEB/EMB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| | ) | |
| Plaintiff, | ) | 18 U.S.C. § 111(a)(1) |
| | ) | 8 U.S.C. § 1325(a) |
| v. | ) | |
| | ) | |
| JEFFREY JOSUEE LOPEZ-SUAZO, | ) | |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### <u>COUNT 1</u>
### (Assaulting and Impeding a Federal Officer)

On or about November 25, 2025, in the State and District of Minnesota, the defendant,

**JEFFREY JOSUEE LOPEZ-SUAZO,**

forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with any person designated in 18 U.S.C. § 1114, to wit: a Deportation Officer of Immigration and Customs Enforcement, who was engaged in the performance of official duties, and caused physical contact;

all in violation of Title 18, United States Code, Section 111(a)(1).



SCANNED
DEC -2 2025
U.S. DISTRICT COURT MPLS

## COUNT 2
(Improper Entry of an Alien)

On or about November 25, 2025, in the State and District of Minnesota, the defendant,

**JEFFREY JOSUEE LOPEZ-SUAZO,**

an alien, was found in the United States after having entered at a place other than designated by immigration officers, and did knowingly elude examination and inspection by immigration officers but was later found by law enforcement in the District of Minnesota;

all in violation of Title 8, United States Code, Section 1325(a).

A TRUE BILL

_____          _____
**UNITED STATES ATTORNEY**                **FOREPERSON**

2